UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

v.

Santos Maisonet (02),

          Defendants.

------------------------------x

06-CR-27-02 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    Today's CJA duty attorney, Mr. Dawn M. Cardi, is appointed to represent the defendant for regarding re-sentencing as ordered by the March 31, 2021 Mandate issued by the United States Court of Appeals for the Second Circuit.

SO ORDERED.

Dated:     January 8, 2024

                                  Lewis A. Kaplan
                             United States District Judge