UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

UNITED STATES OF AMERICA,

    -v-

06 Cr.27-02(LAK)

Before: Judge Kaplan

Santos Maisonet,
                       Defendant.

-------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Government shall respond to defendant Santos Maisonet's motion for early termination of supervised release (DI 95) by October 16, 2025.

       SO ORDERED.

Dated: September 16, 2025

                                                          Lewis A. Kaplan
                                                          United States District Judge