A copy this memo endorsement was mailed by First Class Mail to Santos Maisonet, 3102 Kingbridge Ave., Apt 1B, Bronx, NY 10463. AM 10/20/2025

U.S. District Court
Southern District of New York (Foley Square)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-20-25

UNITED STATES OF AMERICA
Plaintiff,

vs.

Santos Maisonet
Defendant.

Case Number: 1:06-cr-00027-LAK-2

*Motion denied substantially for reasons stated in Dkt 97.* — A. KAPLAN 10/20/25

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

NOW COMES the Defendant, Santos Maisonet ("Maisonet"), appearing pro se, and respectfully moves this Honorable Court for early termination of his supervised release, pursuant to 18 U.S.C. § 3583(e)(1). In support thereof, Defendant states the following:

### INTRODUCTION

On November 5, 2007, Mr. Maisonet was sentenced to 188 months of imprisonment for a violation of 21 U.S.C. § 846, followed by five (5) years of supervised release. At the time of his arrest, Mr. Maisonet was a young man with limited life experience and maturity. Since his release from the Bureau of Prisons in 2023, he has served approximately 28 months, or nearly 50% of his supervised release term, without incident or violation.

Mr. Maisonet now respectfully petitions this Court for early termination of his supervised release in recognition of his exemplary post-release conduct, successful reintegration into society, and the interests of justice.

### LEGAL STANDARD

Pursuant to 18 U.S.C. § 3583(e)(1), the Court may:

> "...terminate a term of supervised release and discharge the person released at any time after the expiration of one year of supervised release...if it is satisfied that such action is warranted by the conduct of the person released and the interest of justice."

As affirmed in *Johnson v. United States*, 529 U.S. 694 (2000), the court has broad discretion to terminate supervision based on the defendant's conduct and rehabilitation, considering the relevant factors outlined in 18 U.S.C. § 3553(a).

## ARGUMENT

1. Defendant's Conduct and Compliance

Since his release in 2023, Mr. Maisonet has fully complied with all terms and conditions of his supervised release. He has remained arrest-free, drug-free, and has had no violations or infractions. He has demonstrated consistent and sincere efforts to maintain a law-abiding, stable, and productive lifestyle.

He has reintegrated into the community, maintained stable employment, and is an active, supportive father. His life reflects a strong commitment to rehabilitation, growth, and responsibility.

2. History and Characteristics

Mr. Maisonet's offense occurred when he was a young adult, and he has since spent a long time in the criminal justice system. His lengthy incarceration and nearly 2.5 years of successful supervision reflect a genuine transformation and rehabilitation.

3. Eligibility for Early Termination

Mr. Maisonet meets the recommended criteria set forth by the Administrative Office of the U.S. Courts (Publication 109) for early termination, including:

- Stable residence, family, and employment
- No history of violence or aggravated conduct
- No drug or alcohol abuse
- No psychiatric concerns
- No identifiable risk to public safety
- Progress toward supervision goals
- Full compliance with all court-ordered obligations

## CONCLUSION

Mr. Maisonet has served approximately 28 months (about 50%) of his supervised release without any violations. He has complied fully, demonstrated rehabilitation, and shown strong commitment to lawful living. He has satisfied all monetary obligations and exhibits all the hallmarks of successful reentry.

Continued supervision is no longer necessary to promote the goals of deterrence, protection of the public, or rehabilitation. Early termination would serve the interests of justice, as envisioned by 18 U.S.C. § 3583(e)(1).

WHEREFORE, Mr. Maisonet respectfully requests that this Honorable Court grant early termination of his supervised release forthwith.

RESPECTFULLY SUBMITTED.

This 25th day of August of the year Two Thousand and Twenty-Five.

*Santos Maisonet*
Santos Maisonet, Pro Se
3102 Kingsbridge Ave Apt 1B
Bronx NY 10463

